UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAONABO VARGAS,   :

         Petitioner,   :

                05 Cr. 1327 (VM)
                :     10 Civ. 2933 (GWG)

         -v.-   :   <u>OPINION AND ORDER</u>

UNITED STATES OF AMERICA,   :

         Respondent.   :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      For the reasons stated in an Opinion and Order issued this date, petitioner in this matter is appointed counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B) to represent him at an evidentiary hearing . See Rule 8(c) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

      The evidentiary hearing will be limited to the issue of whether Vargas received effective assistance of counsel as to advice he was given with respect to any plea offers made by the Government.

      The Clerk is requested to arrange for this appointment as soon as practicable.

      SO ORDERED.

Dated: October 20, 2011
       New York, New York

                                           GABRIEL W. GORENSTEIN
                                           United States Magistrate Judge

Copies to:

Caonabo Vargas
53389-054
FCI Fort Dix-West – Unit 5803
P.O. Box 2000
Fort Dix, NJ 08640

Joan Loughanne
Assistant U.S. Attorney
One St. Andrew's Plaza
New York, NY 10007